Case 2:15-cv-00893-JRG   Document 26-6   Filed 09/25/15   Page 1 of 1 PageID #: 1266



# Distance Between Cities Places On Map

Type city name, location name or the location coordinates in lat long format (lat,long) and hit measure button to calculate the **distance between cities** or two places. Find the distance between two cities in miles and kilometers for flying or driving distance.

**From:** Fordham, NJ
**To:** Marshall, TX
- Air distance
- Driving distance
[MEASURE]

**Distance in km:** 1996.74 km
**Distance in miles:** 1240.72 miles
**Distance in nautical miles:** 1078.15 nmi

